GEO. BURCHALL ETC. VS SNOW *Jolly Batchelor* AND CARGO

19th

The Court being Opened According to adjournement — The Libel and Plea were Read and sundry papers produced in Court and after several pleas by the Attorneys on both sides the Court is adjourned until Morrow 3 aClock P. M.